.11 Stay of Discipline. If the respondent petitions the board for review and a stay of the discipline order before the panel's order is effective, the discipline order shall not take effect until ordered by the board.

.12—.13 (Unchanged.)

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.

*Staff Comment:* The proposed amendment to GCR 1963, 964.11 would provide an automatic stay of discipline orders on the timely filing of a petition for review and for a stay. This would be consistent with the practice before the 1978 amendment of the disciplinary procedures (see former State Bar Rule 16.13) and similar to the stay provision applicable on appeals to the Supreme Court, GCR 1963, 971.3. The discipline board would have the authority to remove the stay before the final decision on the petition for review.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

AUGUST 26, 1981

IN THE MATTER OF SELBURN. (Docket No. 66707.) Leave to appeal denied August 26, 1981. *Michael Alan Schwartz,* Grievance Administrator, and *Eugene N. LaBelle,* Deputy Grievance Administrator, for the Attorney Grievance Commission. *Colista, Green & Adams* for respondent.

AUGUST 27, 1981

PROPOSED AMENDMENT OF GCR 1963, 208. On order of the Court,